ANDRÉ BIROTTE
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
300 N. Los Angeles Street
Federal Building, Room 7211
Los Angeles, CA  90012
     Telephone:  (213) 894-6551
     Fax:          (213) 894-0115
     E-mail:     andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff<br><br>      vs.<br><br>JAY A. KAPLAN; KATHLEEN A.<br>KAPLAN; JPMORGAN CHASE<br>BANK; THE STATE OF<br>CALIFORNIA FRANCHISE TAX<br>BOARD; DEERFIELD COMMUNITY<br>ASSOCIATION; and CIT<br>COMMUNICATIONS FINANCE<br>CORPORATION<br>       Defendants | Case No.: SACV12 2190 DOC (RNBx)<br><br>Complaint to reduce federal income tax assessments to judgment and to foreclose federal tax liens |

The United States of America, Plaintiff, for its complaint against Jay A.

Kaplan; Kathleen A. Kaplan; JPMorgan Chase Bank; the State of California

Franchise Tax Board; Deerfield Community Association; and CIT

Communications Finance Corporation, Defendants, states:

1.      This is a civil action to reduce to judgment federal tax assessments

against Defendants Jay A. Kaplan and Kathleen A. Kaplan and to foreclose federal

tax liens against certain real property over which this court has jurisdiction under

26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

2.      This action is brought at the direction of the Attorney General of the

United States and at the request and with the authorization of the Chief Counsel of

the Internal Revenue Service, a delegate of the Secretary of the Treasury, under 26

U.S.C. §§ 7401 and 7403.

3.      Venue for this action is within the Central District of California under

28 U.S.C. §§ 1391(b) and 1396 because all Defendants reside in this district for

purposes of venue and the subject real property is located within this district.

4.      The real property against which the United States seeks to foreclose

its lien is commonly referred to as 1 Deerwood East, Irvine, California  92604, and

is legally described as:

> Lot 8 of Tract no. 8692, in the City of Irvine, County of Orange, State of
> California, as per map recorded in Book 368, Pages 44 to 46, inclusive, of
> Miscellaneous Maps, in the Office of the County Recorder of said County.

5.      Kathleen A. Kaplan holds title to the subject property.

6.     JPMorgan Chase Bank is a national banking association and may hold an interest in the subject real property.

7.     The State of California Franchise Tax Board may hold an interest in the subject real property.

8.     Deerfield Community Association may hold an interest in the subject real property.

9.     CIT Communications Finance Corporation may hold an interest in the subject real property.

## COUNT I

### Claim to reduce federal tax assessments to judgment
### (against Jay A. Kaplan and Kathleen A. Kaplan only)

10.     The United States realleges paragraphs 1 through 9.

11.     On the following dates, a delegate of the Secretary of the Treasury made the following assessments of federal income tax against Jay A. Kaplan and Kathleen A. Kaplan.  In addition, after the assessment, there have been the following credits, charges, or additional accruals as specified.

| Tax Period | Assessment date | Amount |
|---|---|---|
| 1996 | June 30, 1997 | $26,137 |
|  | February 14, 2005 | $6,298 |
|  | Less: Withholding (4/15/97): | ($10,259) |
|  | Payment (5/28/97): | ($16,584) |
|  | Payment (7/7/1997): | ($231.60) |
|  | Overpayment credit (2004) (4/15/05): | ($3,035) |

|  |  |  |
|---|---|---|
| | Overpayment credit (2003)(4/15/04): | ($415) |
| | Payment (7/18/12): | ($225.15) |
| | Payment (7/25/12): | ($118.35) |
| | Payment (8/15/12): | ($225.15) |
| | Payment (8/22/12): | ($118.35) |
| | Payment (9/19/12): | ($225.15) |
| | Payment (9/26/12): | ($118.35) |
| | | |
| Plus: | Estimated tax penalty (6/30/97): | $609.60 |
| | Failure to pay penalty (6/30/97): | $158.78 |
| | Interest assessed (6/30/97): | $169.22 |
| | Interest assessed (2/14/05): | $4,584.82 |
| | Failure to pay penalty (9/12/05): | $191.77 |
| | Fees & collection costs (12/18/06): | $12 |
| | Failure to pay penalty (11/15/10): | $468.58 |

| 1997 | May 18, 1998 | $3,659 |
|---|---|---|
| | August 20, 2001 | $300,573 |

|  |  |  |
|---|---|---|
| Less: | Withholding (4/15/98): | ($60,167) |
| | Estimated tax payment (11/28/97): | ($3,970) |
| | Overpayment credit (2002) (4/14/03): | ($1,215) |
| | Overpayment credit (2000) (4/15/01): | ($1,316) |
| | Overpayment credit (2003) (4/15/04): | ($354) |
| | Levy proceeds (6/1/04): | ($31.98) |
| | Levy proceeds (8/27/04): | ($395.27) |
| | Levy proceeds (9/10/04): | ($247.49) |
| | Abatement of tax (3/26/07): | ($177,301) |
| | Abatement of failure-to-pay penalty (3/26/07): | ($44,325.25) |
| | Accuracy-related penalty adjustment (8/20/07): | ($60,114.60) |
| | Abatement of interest (4/2/07): | ($8,675) |
| | Overpayment credit (2006) (4/15/07): | ($465.67) |
| | Overpayment credit (2007) (4/15/08): | ($2,500.69) |
| | Overpayment credit (2007) (6/16/08): | ($600) |
| | Levy proceeds (3/9/09): | ($68.86) |
| | Overpayment credit (2008) (4/15/09): | ($514.28) |
| | Payment (11/18/09): | ($231.75) |
| | Payment (12/16/09): | ($231.75) |

| | |
|---|---|
| Payment (1/20/10): | ($231.75) |
| Payment (2/17/10): | ($231.75) |
| Payment (3/17/10): | ($231.75) |
| Payment (4/21/10): | ($231.75) |
| Overpayment credit (2009) (4/15/10): | ($2,379) |
| Payment (5/19/10): | ($231.75) |
| Payment (6/16/10): | ($231.75) |
| Payment (7/21/10): | ($231.75) |
| Payment (8/18/10): | ($231.75) |
| Payment (9/15/10): | ($231.75) |
| Payment (10/20/10): | ($231.75) |
| Payment (11/17/10): | ($231.75) |
| Payment (12/15/10): | ($231.75) |
| Payment (1/19/11): | ($231.75) |
| Payment (7/20/11): | ($214.50) |
| Payment (8/17/11): | ($214.50) |
| Payment (9/21/11): | ($214.50) |
| Overpayment credit (2010) (10/4/11): | ($3.32) |
| Payment (10/19/11): | ($214.50) |
| Payment (11/16/11): | ($214.50) |
| Payment (12/21/11): | ($214.50) |
| Payment (1/18/12): | ($225.15) |
| Payment (2/15/12): | ($225.15) |
| Payment (3/21/12): | ($225.15) |
| Payment (4/18/12): | ($225.15) |
| Payment (5/16/12): | ($225.15) |
| Payment (6/20/12): | ($225.15) |

| | | |
|---|---|---|
| Plus: | Refund (5/18/98): | $60,478 |
| | Accuracy-related penalty (8/20/01): | $60,114.60 |
| | Interest assessed (8/20/01): | $113,083.53 |
| | Fees and collection costs (6/30/03): | $16 |
| | Failure-to-pay penalty (11/14/05): | $74,729.20 |
| | Fees and collection costs (6/13/11): | $12 |

| | | |
|---|---|---|
| 2004 | September 5, 2005 | $4,643 |
| | February 26, 2007 | $1,127 |
| | Less:  Withholding (4/15/05): | ($7,678) |

|  |  |  |
|--|--|--|
| | Overpayment credit applied to 1996: | ($3,035) |
| Plus: | Interest assessed (2/26/07): | $160.03 |
| | Fees and collection costs (6/18/07): | $12 |
| | Failure-to-pay penalty (11/16/09): | $281.74 |

| | | |
|--|--|--|
| 2005 | May 14, 2007 | $1,237 |
| | Less: Withholding (4/15/06): | ($1,005) |
| | Payment (6/11/07): | ($50) |
| | Plus: Late-filing penalty (5/14/07): | $100 |
| | Failure-to-pay penalty (5/14/07): | $15.08 |
| | Interest assessed (5/14/07): | $25.14 |
| | Fees and collection costs (10/1/07): | $12 |
| | Failure-to-pay penalty (11/16/09): | $33.67 |

12.    Proper and timely notice and demand for payment of these tax assessments have been made on Jay A. Kaplan and Kathleen A. Kaplan.

13.    As of December 18, 2012, the tax years have the following outstanding balances plus additional statutory accruals:

| Tax year | Assessed tax and penalty (non-FTP) | Assessed interest | Assessed failure-to-pay penalty | Accrued interest | Accrued failure-to-pay penalty | Balance as of December 18, 2012 |
|----------|-----------------------------------|-------------------|--------------------------------|------------------|--------------------------------|--------------------------------|
| 1996 | $1,501.50 | $4,754.04 | $819.13 | $3,957.34 | | $11,032.01 |
| 1997 | $107,094.29 | $104,408.49 | $30,403.95 | $76,165.31 | | $318,072.04 |
| 2004 | $1,139 | $160.03 | $281.74 | $441.30 | $0.01 | $2,022.08 |
| 2005 | $294 | $25.14 | $48.75 | $94.07 | | $461.96 |
| | | Total outstanding balance as of December 18, 2012 | | | | $331,588.09 |

14.     This suit is filed within the statute of limitations to collect the above liabilities.

15.     For the August 20, 2001, federal tax assessment for the 1997 tax year, the ten-year statute of limitations to collect this liability has been extended to January 10, 2013, for the reasons set forth in paragraphs 16 to 25.

16.     On June 22, 2001, Jay A. Kaplan and Kathleen A. Kaplan filed a bankruptcy petition.

17.     On October 1, 2001, the bankruptcy court granted Jay A. Kaplan and Kathleen A. Kaplan a discharge in bankruptcy.

18.     The period between June 22, 2001, and October 1, 2001, is 101 days.

19.     On July 10, 2003, the IRS received a request for a collection-due-process hearing regarding the Kaplans' 1997 tax year.

20.     On November 26, 2003, the Kaplans' collection-due-process hearing was concluded when their request was withdrawn.

21.     The period between July 10, 2003, and November 26, 2003, is a 139 days.

22.     On February 16, 2005, the IRS received an offer-in-compromise regarding the Kaplans' 1997 tax year.

23.     On April 12, 2005, the IRS rejected the Kaplans' offer-in-compromise regarding the Kaplans' 1997 tax year.

24.     The period between February 16, 2005, and April 12, 2005, is 55 days.

25.     By operation of IRC §§ 6502(h)(2), 6330(e)(1), 6331(k)(1), and 6503(a)(1) and Treasury Regulation § 301.6331-4(c)(1), the ten-year statute of limitations to collect for the Government to initiate suit to collect the August 20, 2001, federal tax assessment for the 1997 tax year is extended by the 295 days specified in paragraphs 18, 21, and 24 plus an additional 30 days plus an additional six months.

26.     The May 19, 1998, federal tax assessment for the 1997 federal tax year has been satisfied.

27.     The June 30, 1997, federal tax assessment and other charges imposed on June 30, 1997, for the 1996 tax year have been satisfied but the February 14, 2005, federal tax assessment for the 1996 tax year remains unsatisfied and this suit is brought within the ten-year statute of limitations to collect that February 14, 2005 assessment.

28.     Despite timely notice and demand for payment of these tax assessments, Jay A. Kaplan and Kathleen A. Kaplan have not fully paid the assessments.

29.     The United States is entitled to judgment against Jay A. Kaplan and Kathleen A. Kaplan in the amount of $331,588.09 through December 18, 2012, plus all subsequent statutory accruals, including interest and penalties.

## Count II
### Claim to foreclose federal tax liens
### (against all Defendants)

30.     The United States realleges paragraphs 1 through 29.

30.     Under 26 U.S.C. §§ 6321 and 6322, liens for the liabilities set forth in paragraph 11  arose in favor of the United States against all property and rights to property owned by Jay A. Kaplan and Kathleen A. Kaplan as of the assessment dates set forth in paragraph 11.  These liens have continued to the present without interruption and have not been released or discharged.

31.     On June 10, 2003, the IRS recorded a notice of federal tax lien for the 1040 tax liability for the 1997 tax period against Jay Kaplan and Kathleen Kaplan at the Orange County Recorder's Office as document no. 2003000671331.  A copy of this notice of federal tax lien is attached as exhibit 1.  Personal identifiers have been redacted.

32.     On May 17, 2011, the IRS refiled the notice of federal tax lien for the 1040 tax liability for the 1997 tax period against Jay Kaplan and Kathleen Kaplan at the Orange County Recorder's Office as document no. 2011000244846.  A copy

9

of this refiled notice of federal tax lien is attached as exhibit no. 2. Personal identifiers have been redacted.

33.     Kathleen Kaplan property interest in the subject real property is encumbered by the federal tax lien specified in the June 10, 2003, notice of federal tax lien and the May 17, 2011, refiled notice of federal tax lien.

34.     On December 4, 2006, the IRS recorded a notice of federal tax lien for the 1040 tax liability for the 1996 tax period against Jay Kaplan and Kathleen Kaplan at the Orange County Recorder's Office as document no. 2006000809753. A copy of this notice of federal tax lien is attached as exhibit 3. Personal identifiers have been redacted.

35.     Kathleen Kaplan property interest in the subject real property is encumbered by the federal tax lien specified in the December 4, 2006, notice of federal tax lien.

36.     On June 11, 2007, the IRS recorded a notice of federal tax lien for the 1040 tax liability for the 2004 tax period against Jay Kaplan and Kathleen Kaplan at the Orange County Recorder's Office as document no. 200700370489. A copy of this notice of federal tax lien is attached as exhibit 4. Personal identifiers have been redacted.

37.    Kathleen Kaplan property interest in the subject real property is encumbered by the federal tax lien specified in the June 11, 2007, notice of federal tax lien.

38.    On September 12, 2007, the IRS recorded a notice of federal tax lien for the 1040 tax liability for the 2005 tax period against Jay Kaplan and Kathleen Kaplan at the Orange County Recorder's Office as document no. 2007000557601. A copy of this notice of federal tax lien is attached as exhibit 5.  Personal identifiers have been redacted.

39.    Kathleen Kaplan property interest in the subject real property is encumbered by the federal tax lien that is specified in the September 12, 2007, notice of federal tax lien.

40.    Defendants may claim property interests in the subject real property as reflected in the following chart.  The United States also specifies the dates of its own federal tax liens.

| Date recorded | Entity | Recorder's document number |
|---|---|---|
| 6/13/2000 | JPMorgan Chase Bank (successor of Washington Mutual Bank) | 20000367744 |
| 6/10/2003 | IRS | 2003000671331 |
| 6/25/2003 | California Franchise Tax Board | 2003000741110 |

| 12/4/2006 | IRS | 2006000809753 |
|---|---|---|
| 4/11/2007 | California Franchise Tax Board | 2007000231280 |
| 6/11/2007 | IRS | 200700370489 |
| 9/12/2007 | IRS | 2007000557601 |
| 6/11/2008 | Deerfield Community Association | 2008000281097 |
| 9/2/2008 | CIT Communications Finance Corporation | 2008000414517 |
| 8/12/2009 | Deerfield Community Association | 2009000435295 |
| 9/21/2011 | California Franchise Tax Board | 2011000466845 |

41.    Under IRC § 7403, the United States is entitled to foreclose its federal tax liens on the subject real property and apply the proceeds to Jay Kaplan's and Kathleen Kaplan's personal tax liability.

Wherefore, the United States of America, Plaintiff, requests the Court to:

A.    Enter judgment in favor of the United States and against Jay A. Kaplan and Kathleen A. Kaplan in the amount of $331,588.09 through December 18, 2012, plus all subsequent statutory accruals, including interest and penalties plus costs and expenses;

B.     Foreclose the federal tax lien against Kathleen A. Kaplan's property interest in the subject property;

C.     Order the sale of the subject real property;

D.     Determine the interest, if any, and priority of JPMorgan Chase Bank; the State of California Franchise Tax Board; Deerfield Community Association; and CIT Communications Finance Corporation, Defendants, in the subject real property;

E.     Order distribution of the proceeds from the sale of the subject real property to the United States, JPMorgan Chase Bank; the State of California Franchise Tax Board; Deerfield Community Association; and CIT Communications Finance Corporation, according to their interests and priorities; and

F.     Order any further relief it deems just and appropriate.

DATED: Dec. 19, 2012

ANDRÉ BIROTTE JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

ANDREW T. PRIBE
Assistant United States Attorney

13

Exhibit 1

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
24000 AVILA ROAD, MAIL STOP 5910
LAGUNA NIGUEL, CA  92677

Recorded in Official Records, County of Orange
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||  6.00
2003000671331 09:45am 06/10/03
110 79 N32 1
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

For Optional Use by Recording Office

| Form 668 (Y)(c) | 1008 Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. October 2000) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #14 | Serial Number |
|---|---|
| Lien Unit Phone: (949) 389-4225 | 111084003 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes
(including interest and penalties) have been assessed against the following-named taxpayer. We have made a
demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States
on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional
penalties, interest, and costs that may accrue.

Name of Taxpayer JAY  &  KATHLEEN  KAPLAN

Residence          Redacted
                   IRVINE, CA 92604-3093

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date
given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | | 05/18/1998 | 06/17/2008 | |
| 1040 | 12/31/1997 | Redacted | 08/20/2001 | 09/19/2011 | 472556.13 |
| 1040 | 12/31/2001 | | 08/19/2002 | 09/18/2012 | 873.30 |

Place of Filing

COUNTY RECORDER
ORANGE COUNTY
SANTA ANA, CA 92702

LAGUNA NIGUEL, CA

| Total | $ | 473429.43 |

This notice was prepared and signed at _____ LAGUNA NIGUEL, CA _____ , on this,
the      03rd      day of      June      , 2003.

| Signature | Title |
|---|---|
| L. Alvarado | REVENUE OFFICER |
| for DANA R. POWYS | (949) 389-4234 | 34-01-2640 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office              Form 668(Y)(c) (Rev. 10-00)
                                                CAT. NO 60025X

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: DEC 0 1 2008

CERTIFICATION FEE: 2—

COUNTY CLERK-RECORDER

ORANGE COUNTY
STATE OF CALIFORNIA

Exhibit 2

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

**INTERNAL REVENUE SERVICE**

AND WHEN RECORDED MAIL TO:

**INTERNAL REVENUE SERVICE
24000 AVILA ROAD, MS 5107
LAGUNA NIGUEL, CA 92677**

Recorded In Official Records, Orange County
Tom Daly, Clerk-Recorder

| | 9.00 |

**2011000244846 11:40am 05/17/11**
66 408 N32 2

0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

*THIS SPACE IS FOR RECORDERS USE ONLY*

# NOTICE OF FEDERAL TAX LIEN
# REFILE

*(please fill in document title(s) on this line)*

**THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(ADDITIONAL RECORDING FEE APPLIES)**

00018

Department of the Treasury - Internal Revenue Service

# NOTICE OF FEDERAL TAX LIEN REFILE

**Form 668(F)**
(Rev. 10-2004)

| Area: | Serial Number Recorded | For Use by Recording Office |
|---|---|---|
| Small Business / Self Employed – Area: 27 | 111084003 | |
| Lien Unit Phone: (800) 913-6050 | 06/10/2003 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving notice that taxes (including interest and penalties) have been assessed against the following named taxpayer. We have made demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer
**JAY A & KATHLEEN A KAPLAN**

Residence
Redacted

IRVINE, CA 92604-3093

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | Redacted | 08/20/2001 | N/A | $244,535. |

## NOTICE OF FEDERAL TAX LIEN REFILING

Serial Number: 786306611                     Notice Filed at:  SANTA ANA, CA

New Taxpayer Name:  JAY A & KATHLEEN A KAPLAN          New TIN:  Redacted

New Address:  Redacted
              IRVINE, CA 92604-3093

Signature for:  DAVID NIMMO                     Date:  MAY 16, 2011
              (949) 389-4385
                                                Title:  REVENUE OFFICER

| Place of Filing | | Total | $244,535 |
|---|---|---|---|
| COUNTY RECORDER ORANGE COUNTY SANTA ANA, CA 92702 | | | |

This notice was prepared at LAGUNA NIGUEL, CA, on this, the 16th day of May, 2011.

| Signature | Title |
|---|---|
| DANA R. POWYS | REVENUE OFFICER |

Form 668(F) (Rev. 10-

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

DATE: __MAY 17 2011__

CERTIFICATION FEE: __3__

COUNTY CLERK-RECORDER

ORANGE COUNTY
STATE OF CALIFORNIA

Exhibit 3

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585 STOP 8420G
CINCINNATI, OH  45250-5585

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

||||||||||||||||||||||||||||||||||||| 6.00
2006000809753 08:12am 12/04/06
213 160 N32  1
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

For Optional Use by Recording Office

| Form 668 (Y)(c)<br>(Rev. February 2004) | 4711 Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>329101506 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JAY A & KATHLEEN A KAPLAN

Residence        Redacted
        IRVINE, CA 92604-3093

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | Redacted | 06/30/1997 | 07/30/2007 | |
| 1040 | 12/31/1996 | | 02/14/2005 | 03/16/2015 | 8039.59 |
| 1040 | 12/31/2003 | | 04/26/2004 | 05/26/2014 | |
| 1040 | 12/31/2003 | | 02/06/2006 | 03/07/2016 | 4122.90 |

| Place of Filing | |
|---|---|
| COUNTY RECORDER<br>ORANGE COUNTY<br>SANTA ANA, CA 92702 | Total $ 12162.49 |

This notice was prepared and signed at       LOS ANGELES, CA       , on this,
the ___16th___ day of ___November___, 2006.

| Signature  *R. A. Mitchell*<br>for DAVID NIMMO | Title<br>REVENUE OFFICER<br>(949) 389-4385 | 27-06-2328 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: DEC 0 1 2008

CERTIFICATION FEE: 2

COUNTY CLERK-RECORDER

ORANGE COUNTY
STATE OF CALIFORNIA

Exhibit 4

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585 STOP 8420G
CINCINNATI, OH  45250-5585

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  **6.00**

**2007000370489 10:08am 06/11/07**

122A 91 N32 1

0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

For Optional Use by Recording Office

| Form **668 (Y)(c)**<br>(Rev. February 2004) | 3225  Department of the Treasury - Internal Revenue Service<br>## Notice of Federal Tax Lien |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>366487407 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  JAY A & KATHLEEN A KAPLAN

Residence  Redacted
IRVINE, CA 92604-3093

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | Redacted | 09/05/2005 | 10/05/2015 | |
| 1040 | 12/31/2004 | | 02/26/2007 | 03/28/2017 | 1287.03 |

| Place of Filing | | 1287.03 |
|---|---|---|
| COUNTY RECORDER<br>ORANGE COUNTY<br>SANTA ANA, CA | | |

This notice was prepared and signed at  LOS ANGELES, CA , on this,
the  **22nd**  day of  **May** , **2007** .

| Signature<br>R. A. Mitchell<br>for DAVID NIMMO | Title<br>REVENUE OFFICER<br>(949) 389-4385 | 27-06-2328 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

00025

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: DEC 0 1 2008

CERTIFICATION FEE: 2

COUNTY CLERK-RECORDER

Tom Daly

ORANGE COUNTY
STATE OF CALIFORNIA

Exhibit 5

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH  45250-5585

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||||  6.00

2007000557601 08:19am 09/12/07

203 195 N32  1
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

For Optional Use by Recording Office

| Form 668 (Y)(c) | 3592 Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 | Serial Number |
|---|---|
| Lien Unit Phone: (800) 913-6050 | 388212907 |

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer  JAY A & KATHLEEN A KAPLAN

Residence    Redacted
IRVINE, CA 92604-3093

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | Redacted | 05/14/2007 | 06/13/2017 | 322.22 |

| Place of Filing | COUNTY RECORDER ORANGE COUNTY SANTA ANA, CA 92702 | Total $ | 322.22 |
|---|---|---|---|

This notice was prepared and signed at the ___30th___ day of ___August___, 2007.  at  LOS ANGELES, CA , on this,

| Signature   R. A. Mitchell  for DAVID NIMMO | Title REVENUE OFFICER | 27-06-2328 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: DEC 0 1 2008

CERTIFICATION FEE: 2

COUNTY CLERK-RECORDER

Tom Daly

ORANGE COUNTY
STATE OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV12- 2190 DOC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [✓] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

ANDRE BIROTTE JR., U.S. Attorney
SANDRA BROWN, AUSA
Chief, Tax Division
ANDREW T. PRIBE, AUSA
300 N. Los Angeles St., #7211
Los Angeles, CA 90012

ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV12 2190 DOC (RNBx) |
| .v. | |
| JAY A. KAPLAN; KATHLEEN A. KAPLAN; JPMORGAN CHASE BANK; (SEE ATTACHED) | **SUMMONS** |
| DEFENDANT(S). | |

TO:     DEFENDANT(S): Jay A. Kaplan; Kathleen A. Kaplan; JPMorgan Chase Bank;  (See Attached)

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Andrew Pribe_____, whose address is _300 N. Los Angeles St., #7211, Los Angeles, CA 90012_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

DEC 1 9 2012

Clerk, U.S. District Court

Dated: _____

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**SUMMONS**

1  ANDRÉ BIROTTE
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
4  ANDREW T. PRIBE (CA SBN 254904)
   Assistant United States Attorney
5  300 N. Los Angeles Street
6  Federal Building, Room 7211
7  Los Angeles, CA  90012
8          Telephone:  (213) 894-6551
9          Fax:        (213) 894-0115
           E-mail:     andrew.t.pribe@usdoj.gov
10
   *Attorneys for the United States of America*
11
                 UNITED STATES DISTRICT COURT
12               CENTRAL DISTRICT OF CALIFORNIA
13                     SOUTHERN DIVISION
14

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff<br><br>          vs.<br><br>JAY A. KAPLAN; KATHLEEN A.<br>KAPLAN; JPMORGAN CHASE<br>BANK; THE STATE OF<br>CALIFORNIA FRANCHISE TAX<br>BOARD; DEERFIELD COMMUNITY<br>ASSOCIATION; and CIT<br>COMMUNICATIONS FINANCE<br>CORPORATION<br>                      Defendants | Case No.:<br><br>Complaint to reduce federal income tax<br>assessments to judgment and to<br>foreclose federal tax liens |

15
16
17
18
19
20
21
22
23
24
25
26        The United States of America, Plaintiff, for its complaint against Jay A.
27  Kaplan; Kathleen A. Kaplan; JPMorgan Chase Bank; the State of California
28

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br><br> UNITED STATES OF AMERICA | **DEFENDANTS** <br><br> Jay A. Kaplan; Kathleen A. Kaplan; JPMorgan Chase Bank; <br> (See Attached) |
| **(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): <br> Los Angeles County | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): <br> Orange County |
| **(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> ANDREW PRIBE, AUSA <br> US Attorney's Office <br> 300 N. Los Angeles St. #7211, Los Angeles, CA 90012 <br> Tel: (213) 894-6551  Fax: (213) 894-0115 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Pursuant to 26 U.S.C. Sections 7402 and 28 U.S.C. Section 1340 and 1345

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | **REAL PROPERTY** | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☑ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number:   SACV12 2190

| | | |
|---|---|---|
| CV-71 (07/05) | **CIVIL COVER SHEET** | Page 1 of 2 |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
   ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☑ Check here if the U.S. government, its agencies or employees is a named plaintiff.

   Los Angeles County

List the California County, or State if other than California, in which **EACH** named defendant resides.  (Use an additional sheet if necessary).
   ☐  Check here if the U.S. government, its agencies or employees is a named defendant.

   Orange County

List the California County, or  State if other than California, in which **EACH** claim arose.  (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

   Orange County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date _Dec. 19, 2012_

   Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not
filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions
sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

1  ANDRÉ BIROTTE
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
4  ANDREW T. PRIBE (CA SBN 254904)
5  Assistant United States Attorney
6  300 N. Los Angeles Street
   Federal Building, Room 7211
7  Los Angeles, CA  90012
8        Telephone:  (213) 894-6551
         Fax:        (213) 894-0115
9        E-mail:     andrew.t.pribe@usdoj.gov
10
   *Attorneys for the United States of America*
11
12              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
13                   SOUTHERN DIVISION
14

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff | Case No.: |
| vs. | |
| JAY A. KAPLAN; KATHLEEN A.<br>KAPLAN; JPMORGAN CHASE<br>BANK; THE STATE OF<br>CALIFORNIA FRANCHISE TAX<br>BOARD; DEERFIELD COMMUNITY<br>ASSOCIATION; and CIT<br>COMMUNICATIONS FINANCE<br>CORPORATION<br>       Defendants | Complaint to reduce federal income tax<br>assessments to judgment and to<br>foreclose federal tax liens |

26       The United States of America, Plaintiff, for its complaint against Jay A.

27  Kaplan; Kathleen A. Kaplan; JPMorgan Chase Bank; the State of California
28

                                    1